TRANSIT COMMISSION, Appellant, *v.* LONG ISLAND RAILROAD COMPANY, Respondent.

CITY OF NEW YORK, Intervener, Appellant.

Argued May 18, 1937; decided June 1, 1937.

*George H. Stover* and *Philip Hodes* for Transit Commission, appellant.

*Paul Windels, Corporation Counsel (William G. Mulligan, Jr.,* and *Arthur A. Segall* of counsel), for City of New York, appellant.

*Louis J. Carruthers* and *Otto M. Buerger* for respondent.

Order affirmed, with costs.   The Long Island Railroad Company, having complied with all the provisions of the order and the statute regarding rate of fare, we answer the question certified in the negative.   No opinion.

Concur:   CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.